HOGAN LOVELLS US LLP
Paul Salvaty (Bar No. 171507)
Harmony R. Gbe (Bar No. 313241)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone:  (310) 785-4600
Facsimile:   (310) 785-4601
paul.salvaty@hoganlovells.com
harmony.gbe@hoganlovells.com

WILK AUSLANDER LLP
Jay S. Auslander (*Admitted Pro Hac Vice*)
Adam Itzkowitz (*Admitted Pro Hac Vice*)
1515 Broadway, 43rd Floor
New York, New York 10036
Telephone:  (212) 981-2300
Facsimile:   (212) 752-6380
jauslander@wilkauslander.com
aitzkowitz@wilkauslander.com
*Counsel for Defendants*
*H.C. Wainwright & Co., LLC,*
*Mark Viklund, and Oren Livnat*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELA PRODANOVA, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>             v.<br><br>H.C. WAINWRIGHT & Co., LLC, *et al.*<br><br>                    Defendants. | Case No.: 2:17-cv-7926-JAK-AS<br><br>**DEFENDANTS' REQUEST TO STRIKE PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

Defendants H.C. Wainwright & Co., LLC, Oren Livnat, and Mark Viklund (collectively, "Defendants") hereby respond to Lead Plaintiff Panthera Investment Fund L.P.'s ("Plaintiff") improper Notice of Supplemental Authority, filed on August 17, 2018 (the "Notice"; Dkt. 56).

The Notice is improper and should be stricken. Although captioned as a "Notice of Supplemental Authority," the Notice includes four pages of additional argument by Plaintiff in further opposition to Defendants' Motion to Dismiss the First Amended Complaint, their Request for Judicial Notice, and their Reply in support thereof. Plaintiff's Notice, which goes far beyond the mere citation to a recently published case, violates the Local Rules, which prohibit the filing of a response to a reply without prior written order of the Court. *See* L.R. 7-10 ("Absent prior written order of the Court, the opposing party shall not file a response to the reply.").

Accordingly, Defendants request that the Notice (Dkt. 56; 56-1) be stricken in its entirety. *See, e.g., Nichols v. Harris*, 17 F. Supp. 3d 989, 996 n. 3 (C.D. Cal. 2014) ("[F]iling a Notice of Supplemental Authority with a copy of or a citation to a recently published case is proper; including a memorandum with the Notice explaining why the case is relevant is not."); *see also ABS Entm't, Inc. v. CBS Corp.*, No. CV 15-6257 PA (AGRx), 2016 WL 4259846, at *1, n. 1 (C.D. Cal. May 30, 2016) (striking a notice of supplemental authority filed without leave of the court because it made additional arguments), *rev'd on other grounds*, No. 16-55917, 2018 WL 3966179 (9th Cir. Aug. 20, 2018).

If, however, the Court is inclined to consider Plaintiff's Notice, then Defendants request the opportunity to respond to what Defendants believe to be Plaintiff's mischaracterization of the holdings of *Khoja v. Orexigen Therapeutics, Inc.*, No. 16 Civ. 56069, 2018 WL 3826298 (9th Cir. Aug. 13, 2018), as well as to address

\\
\\
\\

Plaintiff's arguments concerning *Khoja*'s applicability to the issues presented in Defendants' Motion to Dismiss and Request for Judicial Notice, with which Defendants disagree.

Dated: August 21, 2018     HOGAN LOVELLS US LLP

By: /s/ *Paul Salvaty*_____
Paul Salvaty, Esq.
Harmony R. Gbe, Esq.
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone:     (310) 785-4600
Facsimile:     (310) 785-4601
paul.salvaty@hoganlovells.com
harmony.gbe@hoganlovells.com

WILK AUSLANDER LLP
Jay S. Auslander, Esq. (admitted p*ro hac vice*)
Adam Itzkowitz, Esq. (admitted p*ro hac vice*)
1515 Broadway, 43rd Floor
New York, New York 10036
Telephone:     (212) 981-2300
Facsimile:     (212) 752-6380
jauslander@wilkauslander.com
aitzkowitz@wilkauslander.com

*Attorneys for Defendants H.C. Wainwright & Co LLC, Oren Livnat, and Mark Viklund*