HOGAN LOVELLS US LLP
Paul Salvaty (Bar No. 171507)
Jordan D. Teti (Bar No. 284714)
Harmony R. Gbe (Bar No. 313241)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone:  (310) 785-4600
Facsimile:   (310) 785-4601
paul.salvaty@hoganlovells.com
jordan.teti@hoganlovells.com
harmony.gbe@hoganlovells.com

WILK AUSLANDER LLP
Jay S. Auslander (*Admitted Pro Hac Vice*)
Adam Itzkowitz (*Admitted Pro Hac Vice*)
1515 Broadway, 43rd Floor
New York, New York 10036
Telephone:  (212) 981-2300
Facsimile:   (212) 752-6380
jauslander@wilkauslander.com
aitzkowitz@wilkauslander.com
*Counsel for Defendants
H.C. Wainwright & Co., LLC,
Mark Viklund, Oren Livnat, and Edward Silvera*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIELA PRODANOVA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>H.C. WAINWRIGHT & Co., LLC, et al.,<br><br>Defendants. | Case No. 2:17-cv-7926-JAK-AS<br><br>**NOTICE OF LODGING STIPULATED PROPOSED FINAL JUDGMENT & DISMISSAL ORDER**<br><br>Judge:         John A. Kronstadt<br>Courtroom:  10B |

**TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to the Court's July 29, 2019 Order Regarding Lead Plaintiff's Notice of Intent Not to Amend (Dkt. 86), Defendants H.C. Wainwright & Co., LLC, Mark Viklund, Oren Livnat, and Edward Silvera (together, "Defendants") hereby lodge a [Proposed] Final Judgement & Dismissal Order, which is agreed upon by the Parties and attached hereto.

Dated: August 7, 2019              HOGAN LOVELLS US LLP

By:     /s/ Paul Salvaty
Paul Salvaty, Esq.
Jordan D. Teti, Esq.
Harmony R. Gbe, Esq.
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone:   (310) 785-4600
Facsimile:    (310) 785-4601
paul.salvaty@hoganlovells.com
jordan.teti@hoganlovells.com
harmony.gbe@hoganlovells.com

WILK AUSLANDER LLP
Jay S. Auslander, Esq. (*admitted pro hac vice*)
Adam Itzkowitz, Esq. (*admitted pro hac vice*)
1515 Broadway, 43rd Floor
New York, New York 10036
Telephone:   (212) 981-2300
Facsimile:    (212) 752-6380
jauslander@wilkauslander.com
aitzkowitz@wilkauslander.com

*Attorneys for Defendants H.C. Wainwright & Co LLC, Oren Livnat, Mark Viklund, and Edward Silvera*