# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELA PRODANOVA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>H.C. WAINWRIGHT & Co., LLC, et al.,<br><br>Defendants. | Case No. 2:17-cv-7926-JAK-AS<br><br>**FINAL JUDGMENT AND ORDER OF DISMISSAL**<br><br>**JS-6: Case Terminated** |

| 1  | Having entered the Court's Order re: Defendants' Motion to Dismiss Second
| 2  | Amended Class Action Complaint (Dkt. 84), dismissing this action with prejudice as
| 3  | to Defendant Oren Livnat and without prejudice as to Defendants H.C. Wainwright &
| 4  | Co., LLC; Mark Viklund and Edward Silvera (collectively with Livnat, the
| 5  | "Defendants"); and considered Lead Plaintiff's Notice of Intent Not to Amend the
| 6  | Second Amended Complaint (Dkt. 85),
| 7  | IT IS HEREBY ORDERED that the within action is DISMISSED in its
| 8  | entirety with prejudice, and the Clerk is directed to enter final judgment in favor of
| 9  | Defendants.
| 10 | **IT IS SO ORDERED**.
| 12 | DATED: 8/9/2019
| 13 | JOHN A. KRONSTADT
| 14 | UNITED STATES DISTRICT JUDGE